UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:09-CR-87 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| CHARLES E. GREEN | ) | |

### ORDER

Defendant Charles Green ("Defendant") filed two motions to suppress evidence collected during the search of his residence and his person (Court File Nos. 47, 73). These motions were referred to United States Magistrate Judge William B. Carter, who issued a report and recommendation ("R&R") on each motion pursuant to 28 U.S.C. § 636(b)(1) recommending both motions be denied (Court File Nos. 68, 77) For the reasons expressed in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the R&Rs (Court File Nos. 68, 77). Accordingly, Defendant's motions to suppress are **DENIED** (Court File Nos. 47, 73).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**